IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LARRY MILLS,

    Plaintiff,

v.     Case No. 1:24-cv-00063-MSN-WEF

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Larry Mills, by counsel, notifies the Court that he has settled his claims against Defendant Specialized Loan Servicing, LLC. The Parties are working to finalize the settlement and will submit dismissal papers within thirty days, unless the Court orders an earlier submission.

Respectfully submitted,
**LARRY MILLS**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*