**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| LARRY MILLS, *on behalf of himself and all similarly situated consumers,* | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No.1:24-cv-63-MSN-WEF |
| SPECIALIZED LOAN SERVICING, LLC, | : : : |
| Defendant. | : : |
| _____ | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry Mills and Defendant Specialized

Loan Servicing LLC, stipulate to the dismissal with prejudice of this action, with each party to pay

its own costs and attorneys' fees.

The Parties further stipulate to the Court retaining jurisdiction for purposes of enforcement

of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).


Dated: November 8, 2024            Respectfully submitted,

**LARRY MILLS**

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

**SPECIALIZED LOAN SERVICING LLC**

*/s/ Jason R. Hodge*
Jason R. Hodge, VSB No. 90793
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
Email: jason.hodge@nelsonmullins.com

Kevin P. Polansky (admitted *pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Boston, MA 02111 Telephone: (617) 217-4700
Facsimile: (617) 217-4710
Email: kevin.polansky@nelsonmullins.com
*Counsel for Specialized Loan Servicing LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 8, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

<div style="margin-left:50%">

*/s/ Jason R. Hodge*
Jason R. Hodge (VSB No. 90793)
*Attorney for Defendant Specialized Loan Servicing LLC*
NELSON MULLINS RILEY & SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
jason.hodge@nelsonmullins.com

</div>