IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LARRY MILLS, *on behalf of himself and all similarly situated consumers*,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

Civil Action No.1:24-cv-63-MSN-WEF

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry Mills and Defendant Specialized Loan Servicing LLC, stipulate to the dismissal with prejudice of this action, with each party to pay its own costs and attorneys' fees.

The Parties further stipulate to the Court retaining jurisdiction for purposes of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: November 8, 2024

Respectfully submitted,

**LARRY MILLS**

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge
11/13/24

Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

**SPECIALIZED LOAN SERVICING LLC**

*/s/ Jason R. Hodge*
Jason R. Hodge, VSB No. 90793
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Telephone: (804) 533-3891
Facsimile: (804) 616-4129
Email: jason.hodge@nelsonmullins.com


Kevin P. Polansky (admitted *pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Boston, MA 02111 Telephone: (617) 217-4700
Facsimile: (617) 217-4710
Email: kevin.polansky@nelsonmullins.com
*Counsel for Specialized Loan Servicing LLC*